UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINCY SIMS,<br><br>       Plaintiff,<br><br>       v.<br><br>M. D. BITER, et al.,<br><br>       Defendant. | Case No.: 1:11-cv-00353-LJO-BAM (PC)<br><br>ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT<br>(ECF No. 38) |

Plaintiff Quincy Sims ("Plaintiff"), a state prisoner, proceeded pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On August 23, 2013, the Court dismissed this action without prejudice based on Plaintiff's failure to exhaust his administrative remedies and closed the case.  (ECF No. 36.)  Plaintiff did not appeal.

Nearly six months later, Plaintiff filed the instant motion to proceed in forma pauperis.  (ECF No. 38.)  Plaintiff's motion is moot in light of the dismissal of this action.  Accordingly, Plaintiff's motion to proceed in forma pauperis, filed on January 21, 2014, is DENIED as moot.

IT IS SO ORDERED.

Dated: **January 23, 2014**            /s/ *Barbara A. McAuliffe*
                                                       UNITED STATES MAGISTRATE JUDGE